# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

TRANSAMERICA LIFE INSURANCE COMPANY,

      PLAINTIFF,

v.

TRENT MURCH,

      DEFENDANT.

Case No.: 2:21-cv-00150

## NOTICE OF SETTLEMENT IN PRINCIPLE

**TO THE COURT AND ALL INTERESTED PARTIES:**

Plaintiff, Transamerica Life Insurance Company ("Transamerica"), hereby gives notice that Transamerica and Defendant Trent Murch (collectively, the "parties") have reached a settlement in principle in the above-captioned matter. The parties anticipate that a settlement agreement will be fully executed and that the matter can be dismissed pursuant to a stipulation to dismiss filed with the Court within the next forty-five (45) days. Transamerica will advise the Court of the same when the anticipated settlement has been reduced to writing.

Dated: April 30, 2021

                                      Respectfully submitted,

                                      **COZEN O'CONNOR**

                                      By:   Chad A. Pasternack
                                               Chad A. Pasternack

        Florida Bar No. 117885
        cpasternack@cozen.com
        One North Clematis Street, Suite 510
        West Palm Beach, Florida 33401
        Telephone: (561) 515-5250
        Facsimile: (561) 515-5230

**Of Counsel:**
Michael D. Rafalko, Esquire (To be admitted *Pro Hac Vice*) (Lead Counsel)
Allison Bressler Goldis, Esquire (To be admitted *Pro Hac Vice*)
mrafalko@cozen.com/
agoldis@cozen.com
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-4611
                (215) 665 7241
Fax:       (215) 665-2013

*Attorneys for Plaintiff Transamerica Life Insurance Company*

LEGAL\52082999\1