UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRANSAMERICA LIFE INSURANCE
COMPANY,

    Plaintiff,

v.                                              Case No. 2:21-cv-150-JLB-MRM

TRENT MURCH,

    Defendant.
_____/

## ORDER

The parties have settled. (Doc. 7.) Pursuant to Local Rule 3.09(b), the Clerk is **DIRECTED** to terminate any pending deadlines and administratively close the file. Within sixty days of this order, the parties must file either: (1) a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); or (2) on good cause shown, a motion to reopen the case for further proceedings. Failure to comply with this order may result in the entry of an order to show cause pursuant to Local Rule 3.10.

**ORDERED i**n Fort Myers, Florida, on May 3, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE